UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> *Defendant*. | Civil Action No.: 19-2401 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's October 11, 2019 Minute Order, the Parties jointly provide the following status report.

1. This matter relates to a Freedom of Information Act ("FOIA") request that Plaintiffs submitted on May 6, 2019. *See* Compl. ¶¶ 14–15 (ECF No. 1).

2. Plaintiffs filed their Complaint on August 8, 2019, *see* Compl., and Defendant filed its Answer on September 16, 2019, *see* Answer (ECF No. 6).

3. Thereafter, the Court directed the Parties to confer and file this Joint Status Report proposing a schedule for further proceedings. *See* Min. Order (Oct. 11, 2019).

4. Since then, the Parties have conferred and Defendant has informed Plaintiffs that it is still collecting documents in response to the underlying FOIA request. As Defendant explained to Plaintiffs, until that process is complete, it cannot provide Plaintiffs or the Court with an estimate of the number of records currently subject to review. Defendant further informed Plaintiffs that it wishes to discuss the scope of several subparts of the request.

5. To allow Defendant time to complete the process of collecting records, the Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another status report by November 25, 2019.

October 25, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By: */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendant*

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
Email: ktownsend@rcfp.org
Adam A. Marshall
DC Bar No. 1029423
Email: amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Plaintiff, Reporters Committee for Freedom of the Press*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant*. | Civil Action No.: 19-2401 (CRC) |

## **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby:

**ORDERED** that the Parties shall file another joint status report by November 25, 2019, proposing a schedule for further proceedings.

_____                          _____
Date                                                                  United States District Judge