## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS, *et al.*,

          *Plaintiffs,*

          v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

          *Defendant*.

Civil Action No.: 19-2401 (CRC)

## JOINT STATUS REPORT

Pursuant to the Court's October 28, 2019 Minute Order, the Parties jointly provide the following status report.

1.      This matter relates to a Freedom of Information Act ("FOIA") request that Plaintiffs submitted on May 6, 2019.  *See* Compl. ¶¶ 14–15 (ECF No. 1).

2.      Plaintiffs filed their Complaint on August 8, 2019, *see* Compl., and Defendant filed its Answer on September 16, 2019, *see* Answer (ECF No. 6).

3.      On October 25, 2019, the Parties filed their first Joint Status Report.  *See* Joint Status Report (ECF No. 7).  In that Report, Defendant noted that it was still in the process of collecting documents in response to the underlying FOIA requests.  Defendant further stated that it planned to discuss with Plaintiff the scope of several subparts of the request.  *See id.* ¶ 4.

4.      Since then, the Parties have been conferring about the request.  While they continue to confer about the request, Defendant has agreed to review and process 500 pages of potentially responsive records that it identified in response to subparts 1, 2, and 3 of the request.

For that review, Defendant agreed to release all responsive, non-exempt pages by December 20, 2019.

      5.     The Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another joint status report by January 6, 2020.

November 25, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:     */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendant*

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
Email: ktownsend@rcfp.org
Adam A. Marshall
DC Bar No. 1029423
Email: amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Plaintiff, Reporters Committee for Freedom of the Press*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS, *et al.*,

          *Plaintiffs,*

          v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

          *Defendant.*

Civil Action No.: 19-2401 (CRC)

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is

hereby:

**ORDERED** that the Parties shall file another joint status report by January 6, 2020,

proposing a schedule for further proceedings.

_____
Date

_____
United States District Judge