## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> *Defendant*. | Civil Action No.: 19-2401 (CRC) |

## **JOINT STATUS REPORT**

Pursuant to the Court's November 25, 2019 Minute Order, the Parties jointly provide the following status report.

1. This matter relates to a Freedom of Information Act ("FOIA") request that Plaintiffs submitted on May 6, 2019. *See* Compl. ¶¶ 14–15 (ECF No. 1).

2. Plaintiffs filed their Complaint on August 8, 2019, *see* Compl., and Defendant filed its Answer on September 16, 2019, *see* Answer (ECF No. 6).

3. On October 25, 2019, the Parties filed their first Joint Status Report. *See* Joint Status Report (ECF No. 7). In that Report, Defendant noted that it was still in the process of collecting documents in response to the underlying FOIA requests. Defendant further stated that it planned to discuss with Plaintiff the scope of several subparts of the request. *See id.* ¶ 4.

4. Since then, the Parties have conferred about the request and agreed to a narrowed scope of the initial request parameters. While they continue to confer about the request, Defendant reviewed and processed 500 pages of potentially responsive records that it identified in response to subparts 1, 2, and 3 of the request. With regard to that review, on December 20, 2019, Defendant

provided its response to Plaintiffs via email. Defendant continues to conduct its search for responsive records, and as of the date of this submission, has identified an additional 3,725 pages to review. Defendant agrees to review these pages and issue all responsive, nonexempt pages by January 24, 2020.

     5.    The Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another joint status report by February 6, 2020.

January 6, 2020

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:   */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendant*

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
Email: ktownsend@rcfp.org
Adam A. Marshall
DC Bar No. 1029423
Email: amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300

Facsimile: 202.795.9310

*Counsel for Plaintiff, Reporters Committee for Freedom of the Press*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant*. | Civil Action No.: 19-2401 (CRC) |

## **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby:

**ORDERED** that the Parties shall file another joint status report by February 6, 2020, proposing a schedule for further proceedings.

_____                                            _____
Date                                                                              United States District Judge